[Cite as *Notestone v. Ohio Dept. of Transp.*, 2010-Ohio-6691.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


JEANNIE NOTESTONE

     Plaintiff

     v.

Case No. 2010-10467-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>    OHIO DEPARTMENT OF TRANSPORTATION


{¶ 1} On September 14, 2010, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff was also ordered to file a corrected complaint with an original signature. Plaintiff has failed to comply with the court orders. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.


_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Jeannie Notestone
17274 Wagner Road
Laurelville, Ohio 43135

DRB/laa
Filed 12/29/10
Sent to S.C. reporter 2/25/11